UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | CASE NO. 12-81330-CRM |
| | * | |
| CAROLE MARIE KEENE, | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| | * | |
| DEBTOR. | * | |

**MOTION TO EXCUSE DEFAULT ON PAYMENTS TO CHAPTER 13 TRUSTEE**

COMES NOW **Carole Marie Keene**, by and through the undersigned counsel, and files this "Motion to Excuse Default on Payments to Chapter 13 Trustee", showing this Honorable Court the following:

**1.**

Debtor filed a Petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on December 21, 2012.

**2.**

On March 5, 2013, Debtor Chapter 13 Plan was confirmed. The plan calls for payments to the Trustee at $1,500.00 monthly.

**3.**

Debtor needs to replace clothes dryer.

**4.**

Debtor respectfully requests the default in plan payments for the month of June 2015 to be excused. Plan payments shall resume on July 1, 2015 at which time Debtor shall modify her plan and schedules to cure terms problem, if any.

WHEREFORE, Debtor prays:

(a) That this "Motion to Excuse Default on Payments to Chapter 13 Trustee" be filed, read and considered;

*/pw*

(b) That the Plan payments shall resume on July 1, 2015 at which time Debtor shall modify her plan and schedules to cure terms problem, if any. Plan payments be excused; and

(c) That this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,
CLARK & WASHINGTON, PC

By:   /s/
Christopher J. Kiefer
Attorney for the Debtor
GA Bar No. 417247

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | * | CASE NO. 12-81330-CRM |
| | * | |
| CAROLE MARIE KEENE, | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| DEBTOR. | * | |

**NOTICE OF HEARING ON MOTION TO EXCUSE DEFAULT ON PAYMENTS TO CHAPTER 13 TRUSTEE**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a "**Motion**" seeking to have default on Trustee payments excused.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1203 (12th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 10:00 AM, on July 21, 2015.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                                Respectfully submitted,
                                                CLARK & WASHINGTON, PC

                                                _____/s/_____

CLARK & WASHINGTON, PC                 Christopher J. Kiefer
3300 Northeast Expressway                    GA Bar No. 417247
Building 3, Suite A                                Attorney for the Debtor
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion to Excuse Default on Payments to Chapter 13 Trustee" and "Motion to Excuse Default on Payments to Chapter 13 Trustee" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Carole Marie Keene
3534 Mackenzie Drive
Powder Springs, GA 30127

I further certify that, by agreement of the parties, Nancy Whaley - Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Excuse Default on Payments to Chapter 13 Trustee" at the addresses indicated therein,

Dated    6/10/15

/s/
Christopher J. Kiefer
GA Bar No. 417247
Attorney for the Debtor

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw

CAPITAL ONE, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road
SUITE 200
Tucson, AZ 85712-1083

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

PRA Receivables Management, LLC
POB 41067
NORFOLK, VA 23541-1067

TD Bank USA, N.A.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

American Express
Attn: Bankruptcy
P.O. Box 3001
Malvern, PA 19355-0701

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Belk/GECRB
P.O. Box 530940
Atlanta, GA 30353-0940

CAPITAL ONE, N.A.
PO Box 12907
Norfolk, VA 23541-0907

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Capital One, N.A.
Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Care Credit
GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

Chase Manhattan Bank
P.O. Box 15153
Wilmington, DE 19886-5153

Chevron CTS/GECRB
P.O. Box 530950
Atlanta, GA 30353-0950

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Department Stores National Bank/Visa
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Dillards
P.O. Box 960012
Orlando, FL 32896-0012

FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

/pw

Fidelity Bank
Legal Dept/Bankruptcy
PO Box 1007
Wichita, KS 67201-1007

GE Capital
P.O. Box 530993
Atlanta, GA 30353-0993

GE Capital
P.O. box 960061
Orlando, FL 32896-0061

Gap/GECRB
P.O. Box 530942
Atlanta, GA 30353-0942

HSBC Retail Services
P.O. Box 5238
Carol Stream, IL 60197-5238

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

JC Penney
P.O. Box 960090
Orlando, FL 32896-0090

Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983

Lowe's/GECRB
P.O. Box 530914
Atlanta, GA 30353-0914

Macy's
P.O. Box 183083
Columbus, OH 43218-3083

Macy's
P.O. Box 689194
Des Moines, IA 50368-9194

Nordstrom
P.O. Box 73137
Phoenix, AZ 85050-1036

Old Navy/GEMB
P.O. Box 530942
Atlanta, GA 30353-0942

PRA Receivables Management, LLC as agent
of Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541-1067

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rockland E FCU
P.O. Box 31279
Tampa, FL 33631-3279

Rockland Employees Federal Credit Union
Attention: Charles Falciglia
170 East Central Avenue
Spring Valley, NY 10977

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TJX Rewards/GECRB
P.O. Box 530948
Atlanta, GA 30353-0948

Target National Bank
P.O. Box 660170
Dallas, TX 75266-0170

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

Union Plus
P.O. Box 5222
Carol Stream, IL 60197-5222

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712-1083

/pw